# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARK TOMEI,** as Personal Representative of
the **ESTATE OF MARIE TOMEI,**
Appellant,

v.

**THOMAS TOMEI,**
Appellee.

No. 4D20-2437

[August 5, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502017CP001627XXXXSB.

James G. Pressly, Jr., of Pressly, Pressly, Randolph & Pressly, P.A., Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***